# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                                Crim. No. 5:13-CR-153-1FL

Andre Marcel Gaston

       On November 27, 2001, the above named was placed on supervised release for a period of 84 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                      Respectfully submitted,

/s/Jeffrey L. Keller                                          /s/Maurice J. Foy  
Jeffrey L. Keller                                                Maurice J. Foy  
Supervising U.S. Probation Officer                  Senior U.S. Probation Officer

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_17th\_\_\_ day of \_\_\_August\_\_\_, 2015.

Louise W. Flanagan  
U.S. District Judge